'08 CIV 6467

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200



ATTORNEYS FOR PLAINTIFF
LOGALARD HOLDINGS LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGALARD HOLDINGS LTD.,<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>MARINCO MARINE LTD., on its own behalf and on behalf of<br>TOKYO CEMENT CO (LANKA) LTD. and<br>OCEAN SHIP MANAGEMENT PTE LTD.,<br><br>　　　　　Defendants. | 08 Civ. _____<br><br>**VERIFIED<br>COMPLAINT** |

Plaintiff, Logalard Holdings Ltd. ("Logalard" or "Plaintiff"), by and through its attorneys, Holland & Knight LLP, for its verified complaint against Marinco Marine Ltd. ("Marinco"), on its own behalf and on behalf of Tokyo Cement Co (Lanka) Ltd. ("Tokyo") and Ocean Ship Management Pte Ltd. ("Ocean") (collectively "Defendants"), alleges as follows:

1.　　This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.      At all times material herein, Plaintiff Logalard was and is a business entity organized and existing under the laws of Cyprus and maintains a place of business at Fortuna Court, 284 Makarios III Avenue, CY-3105, Limassol, Cyprus.

3.      Upon information and belief, at all times material herein, defendant Marinco Marine Ltd. ("Marinco") is and was a business entity organized and existing under the laws of Cyprus with an address at Leontiou A 258, Limassol 3020, PO Box 56889, 3310 Cyprus.

4.      Upon information and belief, at all times material herein, defendant Tokyo Cement Co (Lanka) Ltd. ("Tokyo") is and was the registered owner of the M/V TABERNACLE STAR (the "Vessel") and a business entity organized and existing under the laws of Sri Lanka with an address at 469, 1/1, Galle Road, Colombo, 3, Sri Lanka.

5.      Upon information and belief, at all times material herein, defendant Ocean Ship Management Pte Ltd. ("Ocean") is and was the manager and operator of the Vessel and a business entity organized and existing under the laws of Sri Lanka with an address at 7/1 Liberty Plaza Complex, 250, R A de Mel Mawatha, Colombo, Sri Lanka.

6.      In February 2008, it was agreed between Logalard and Marinco that the latter would carry out repair works on board the Vessel.  On the same day Logalard confirmed Marinco's order by sending them a formal confirmation together with the first invoice.  A true copy of the Order, Confirmation a First Invoice are annexed as Exhibit 1.  The First Invoice was paid by Marinco.

7.      The repair work was completed, and the Acceptance Certificate was signed by Marinco on March 1, 2008.  True and correct copies of the Acceptance Certificate are annexed as Exhibit 2.

8.    On March 4, 2008, Logalard sent the final invoice to Marinco and the payment was due March 11, 2008.  Despite numerous reminders, Marinco has not made any payments to date.  True and correct copies of the Invoices and Reminders are annexed as Exhibit 3.

9.    The balance presently remaining on the Logalard invoice for repairs is in the amount of US$ 33,651.50.

## COUNT I

## BREACH OF CONTRACT AGAINST MARINCO

10.    Logalard realleges paragraphs 1 through 9 as if set forth herein.

11.    Marinco is liable to Logalard for breach of the repair contract by failing to pay the final invoice for the repair charges, despite demand for such payment being made repeatedly by Logalard.

## COUNT II

## BREACH OF CONTRACT AGAINST TOKYO AND OCEAN

12.    Logalard realleges paragraphs 1 through 9 as if set forth herein.

13.    Alternatively, Marinco was acting as Tokyo's agent or Ocean's agent in obtaining the repairs for Tokyo's Vessel managed and operated by Ocean.

14.    Because of the failure to pay the final invoice for repairs obtained for the Vessel by its agent Marinco, Tokyo or Ocean is liable to Logalard for breach of the repair contract by failing to pay the final invoice for the repair charges, despite demand for such payment being made repeatedly by Logalard.

## COUNT III

### BREACH OF GUARANTEE AGAINST OCEAN

15.    Logalard realleges paragraphs 1 through 9 as if set forth herein.

16.    On February 26, 2008, while the Vessel was undergoing the repairs by Logalard, Ocean issued a letter of indemnity guaranteeing payment of the repairs as, or on behalf of, the owner of the Vessel.  A true copy of the letter of indemnity dated February 26, 2008 is annexed as Exhibit 3.

17.    Based on Ocean's guarantee, Ocean is liable to Logalard to pay the final invoice for the repair charges.

**Requested Relief**

18.    Logalard is owed the principal amount of US$33,651.50 as the balance of monies owed under Logalard's repair invoice.

19.    Upon information and belief, it will take 2 years and 4 months for Logalard to prosecute this claim to its completion.  Logalard's Terms and Condition state that disputes between the parties are to be resolved through arbitration in Cyprus under ICC rules.

20.    Under Cypriot law, Logalard is entitled to receive its interest, expenses and reasonable attorneys' fees for prosecuting its claims to completion, which amount is estimated to be $71,761.20 as set forth below:

| | | |
|---|---|---|
| Interest: | $ | 11,761.20 ($33,651.50 x 0.15/year x 2.33 years) |
| Attorneys' fees | $ | 60,000.00 |
| Total Principal Claim: | $ | 33,651.50 |
| Total Sought: | | $105,412.70 |

4

21.     Therefore, Logalard has suffered damages in the amount of $105,412.70, including estimated interest, attorneys' fees and expenses.

22.     Marinco, Tokyo, and Ocean are independently and severally liable to Logalard for its claimed damages.   Accordingly, Logalard is entitled to security for the full amount of its damages, or $105,412.70 (including interest), from Marinco, Tokyo, and Ocean.

23.     Neither Marinco, nor Tokyo, nor Ocean is found within the Southern District of New York, but they do have goods, chattels, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to them, is claimed by them, is being held for them or on their behalf, or which is being transferred for their benefit, within the jurisdiction and held in the name of Marinco Marine Ltd., Tokyo Cement Co (Lanka) Ltd., and/or Ocean Ship Management Pte Ltd., with the following financial institutions:  Bank of America, N.A.; Bank of China; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Banco Popular; or any other financial institution within the Southern District of New York.

**WHEREFORE**, plaintiff Logalard Holdings Ltd. prays:

1.     That a summons with process of attachment and garnishment may issue against the Defendant Marinco Marine Ltd. in the amount of $105,412.70 (including interest), and if it cannot be found, then that its goods, chattels, credits, letters of credit, bills of lading, debts,

effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to it, is claimed by it, is being held for it or on its behalf, or which is being transferred for its benefit, within the district may be attached in an amount sufficient to answer Logalard's claim;

2.    That a summons with process of attachment and garnishment may issue against the Defendant Tokyo Cement Co. (Lanka) Ltd. in the amount of $105,412.70 (including interest), and if it cannot be found, then that its goods, chattels, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to it, is claimed by it, is being held for it or on its behalf, or which is being transferred for its benefit, within the district may be attached in an amount sufficient to answer Logalard's claim;

3.    That a summons with process of attachment and garnishment may issue against the Defendant Ocean Ship Management Pte Ltd. in the amount of $105,412.70 (including interest), and if it cannot be found, then that its goods, chattels, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to it, is claimed by it, is being held for it or on its behalf, or which is being transferred for its benefit, within the district may be attached in an amount sufficient to answer Logalard's claim;

4.      That defendants Marinco Marine Ltd., Tokyo Cement Co. (Lanka) Ltd., and/or Ocean Ship Management Pte Ltd. and any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

5.      That judgment be entered in favor of Logalard Holdings Ltd. and against Marinco Marine Ltd., Tokyo Cement Co. (Lanka) Ltd., and Ocean Ship Management Pte Ltd. severally in the amount of $105,412.70 (including estimated interest, expenses and attorneys' fees); and,

6.      That this Court grant Logalard Holdings Ltd. such other and further relief which it may deem just and proper.

Dated: New York, New York
       July 18, 2008

                                  HOLLAND & KNIGHT LLP

                         By:      _____
                                  Michael J. Frevola
                                  Christopher R. Nolan
                                  Lissa D. Schaupp
                                  195 Broadway
                                  New York, NY 10007-3189
                                  Tel:    (212) 513-3200
                                  Fax:    (212) 385-9010

                                  *Attorneys for Plaintiff*
                                  *Logalard Holdings Ltd.*

## VERIFICATION

STATE OF NEW YORK                    )

                                      :ss.:

COUNTY OF NEW YORK              )

LISSA D. SCHAUPP, being duly sworn, deposes and says:

I am associated with the firm of Holland & Knight LLP, counsel for Logalard Holdings Ltd. ("Logalard"), plaintiff in the foregoing action. I have read the foregoing Verified Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge. I have reviewed documentation provided to me by Logalard and corresponded with Logalard's representatives regarding this matter. I am authorized by Logalard to make this verification, and the reason for my making it as opposed to an officer or director of Logalard is that there are none within the jurisdiction of this Honorable Court.

_____
Lissa D. Schaupp

Sworn to before me this
18th day of July, 2008

_____
Notary Public

WALLIS BETH KARPF
Notary Public, State Of New York
No. 01KA6047092
# 5464176_v1
Qualified In New York County
Commission Expires August 28, 20 _10_

8

# EXHIBIT 1

**Janna Fabrikova**

| | |
|---|---|
| **From:** | Logalard Holdings Ltd [logalard@cyprusinbox.com] |
| **Sent:** | 15 February 2008 15:58 |
| **To:** | Marinco |
| **Cc:** | elenie xenophontos; Stefanos |
| **Subject:** | Re: Updated quotation |

**Attachments:** Marinco1019.pdf; Propeller03 -OC.pdf

  

Marinco1019.pdf  Propeller03 -OC.pdf
(551 KB)         (48 KB)

                        Dear Sirs,

Please find attached our Order Confirmation and Invoice.

Best regards and have a nice weekend

Fabrikov Sergiy

Marinco ?????:
>
> Dear Segiy
>
> Please goahead and arrange the job as per USD 42000,
>
> Brgds/Sarath
> Marinco MARINE ltd
> -----Original Message-----
> From: logalard@cyprusinbox.com [mailto:logalard@cyprusinbox.com]
> Sent: 15 February 2008 14:59
> To: logalard@cyprusinbox.com
> Cc: Marinco; 'elenie xenophontos'; 'Stefanos'
> Subject: RE: Updated quotation
>
> Reminder - waiting your reply in one hour, by 16.00
>
>
>> Dear Sirs,
>>
>> We can accept price USD 42.000,- ONLY as was agreed today by
>> phone with Mr. Sarath Senaviratne.
>>
>> Please revert with order for USD 42.000,-
>>
>> Awaiting your soonest
>>
>> Best regards
>>
>> Fabrikov Sergiy
>>
>>
>>> Dear Fabrikov,
>>>
>>> We hereby confirmed the order for Lump Sum Price of USD
>>> 40,000.00 ,
>>>
>>>
>>> Kind Regards
>>> Stefanos
>>> Marinco Marine Ltd on behalf of owners of the vessel
>>>
>>>
>>>
>>> -----Original Message-----

                               1

>>> From: Logalard Holdings Ltd [mailto:logalard@cyprusinbox.com]
>>> Sent: 15 February 2008 08:33
>>> Cc: elenie xenophontos; Marinco; Stefanos
>>> Subject: Re: Updated quotation
>>>
>>> Dear  Sarath,
>>>
>>> Please  inform  your  any  decision   TODAY  by  1600  at  the  latest
>>> -  in  case  if  our  quotation  will  be  not  accepted,  we  need
>>> time  to  arrange  flights  on  weekends  back  to  Ukraine.
>>>
>>> Awaiting  your  soonest.
>>>
>>> Best  regards
>>>
>>> Fabrikov  Sergiy
>>>
>>> Logalard Holdings Ltd ÐÉÛÂÔ:
>>>
>>>> TOP  URGENT!
>>>>
>>>> Dear  Sarath,
>>>>
>>>> To  be  honest,  I  am  really  surprised  your   request  to
>>>> reduce  about  in double my  sales  price.
>>>>
>>>> I  have  to  remind  you  that   after  carried  inspection  for
>>>> defects  at  yard  by  our  service  engineer,   the  needed  scope
>>>> of  repairing  works  increased  more  then  two  time  -  please
>>>> just  compare  our  two  quotations  and  report  of  carried  out
>>>> inspection.
>>>>
>>>> Anyhow,  trying  to  meet  your  wishes  we  can  reduce  our  lump
>>>> sum  sales  price  to  47.000,  all  travelling  costs  to  be  extra.
>>>>
>>>> *This  is  the  best  what  we  can  offer  and  this  is  our
>>>> final price.*_
>>>>
>>>> If  you  unable  to  accept  my  new  price,  please  inform  me
>>>> soonest  to  arrange  flight  tickets  back  to  Odessa  for  my  team.
>>>>
>>>> Awaiting  your  ASAP
>>>>
>>>> Best  regards
>>>>
>>>> Sergiy
>>>>
>>>>> elenie xenophontos ÐÉÛÂÔ:
>>>>>
>>>>> Dear  Sergiy,
>>>>>
>>>>> I noted  your requirement  and I have requested  owners  to
>>>>> increase the  pricess as requested, BUT OWNERS REQUESTING, Me to
>>>>> get the prices reduced,  Because Also  Yard  is requesting also
>>>>> additional incresaement,  But  please understand my point ,
>>>>> These whole repair  Kobelco, as quoted  sgd 68000 including
>>>>> materials ,  Now owners has to  pay Yard 25000 ,  Material
>>>>> 12000  +  Logalard,  I request  you  to ,  in this case  asisst
>>>>> me  in  reducing  the price
>>>>> up to  USD 35000 lump sum.
>>>>> Kind Regards\Sarath
>>>>>
>>>>>
>>>>>
>>>>> ---------------------------------------------------------------
>>>>> -
>>>>> --
>>>>> ---
>>>>>
>>>>>
>>>>>> Date: Thu, 14 Feb 2008 08:12:37 +0200

2

```
>>>>>> From: logalard@cyprusinbox.com
>>>>>> CC: cpnesal75@hotmail.com
>>>>>> Subject: Re: Updated quotation
>>>>>>
>>>>>> Dear Sarath,
>>>>>>
>>>>>> Based on information has been received from Thainland, approval
>>>>>> NK surveyor for welding procedure was received and green light to
>>>>>> carry our welding works.
>>>>>>
>>>>>> Awaiting your decision regarding to our updated quotation ASAP.
>>>>>>
>>>>>> Best regards
>>>>>>
>>>>>> Sergiy
>>>>>>
>>>>>> Logalard Holdings Ltd ÐÉÔÀÔ:
>>>>>>
>>>>>>> Dear Sarath,
>>>>>>>
>>>>>>> please find attached updated quotation sent to you yesterday.
>>>>>>>
>>>>>>> BR
>>>>>>>
>>>>>>> Sergiy
>>>>>>>
>>>>
>>>
>>
>
>
>
>
```

 

**LOGALARD HOLDINGS LTD**

FORTUNA COURT · 284 MAKARIOS III AVENUE
CY-3105 · LIMASSOL · CYPRUS
TEL · 357 (25) 763677 · FAX · 357 (25) 879148
E-MAIL. LOGALARD@CYPRUSINBOX.COM

REPRESENTATIVE OFFICE IN ODESSA, UKRAINE
TEL: +380 (48) 7860969 · FAX. +380 (48) 7860968
E-MAIL. INFO@LOGALARD.COM
HTTP://WWW.LOGALARD.COM

| **ORDER CONFIRMATION:** | SFA 1529 – 0215/08 | | **Date:** 15 February 2008 | |
|---|---|---|---|---|
| **To:** | Marinco Marine LTD | **Attn.** | Mr. Sarath Senaviratne | **Yr. ref:** | Mail, dated 15.02.08 |
| **M/V:** | Tabernacle Star | **Re:** | Repair of propeller | **Pages:** | 1 of 1 |

With further reference to your order, received by E-mail, dated 15.02.2008 and based on of carried out inspection for defects by our service engineer at local shipyard sent to you earlier, we confirm our offer as follows:

1. repair of propeller's blades with replacement of new tips
by dimensions about 680x1120x80mm on blades No 1 and No. 2
(weight of each tips is abt 500kg)                    2pcs

2. repair of propeller's blades No. 3 by welding by dimensions:
- 50x30mm                                              1place
- through hole dia. 20mm                               1 place
-through thickness crack L=160mm                       1place
-corrosion wear edge of blade L= 1200mm B=30mm         1place

3. repair of propeller's blade No.4 by welding:
-corrosion wear edge of blade L= 1000mm B=20mm         1place
-through thickness crack L=50mm                        1place
-corrosion wear on total surface                       S=1sq.m

4. Prepare welding procedure

**Lump sum price for repair    USD 42.000,00  (Forty Two  Thousand US Dollars)**

Additional charges: flight tickets, daily allowances (USD 60/day/person), hotel, insurance, mobile, waiting time (USD 60/day/person), etc. to be extra.

| **Working period** | two working weeks after date of order received; |
|---|---|
| **Terms of payment:** | 50% prepayment, final balance after one week from date of finish welding works ; |
| **Other terms:** | customer via agent issue guarantee letter for local immigration to obtain prolongation stay in Thailand, arrange daily transportation to shipyard and back to hotel, supply in time needed welding equipment, raw materials and requested service from local shipyard. |

For repair of the propeller except of 2 specialists( welders) the following is requested:  In case of using a semi-automatic device for argon-arc welding:
- special welding equipment for welding in gas argon.
- special welding wire with 1,2 mm diameter and gas argon as well

The customer should supply as requested above and to confirm in advance availability all above mentioned equipment n materials before work is commenced.

All preparatory works are to be carried out by the shipyard - installation of the propeller on stand, leveling in flatness, preparation of blade for welding ( cutting off of old edges, cutting out new ones on blade, heat treatment and manual grinding works before n after welding), dynamical balancing if requested.
Regarding blade's parts  on board which are going to be welded  to be  clarified in advance that the spare tips is the same materials like the propeller and send us copy of materials chemistry certificate soonest.

All questions regarding of requirements of Class Society must be decided by the Owner

Best regards,

Valery Suranov
Technical Manager

 

**LOGALARD**
LOGALARD HOLDINGS LTD

FORTUNA COURT • 284 MAKARIOS III AVENUE
CY-3105 • LIMASSOL • CYPRUS

TEL: +357 (25) 763677 • FAX: +357 (25) 879148
E-MAIL: LOGALARD@CYPRUSINBOX.COM

---

# INVOICE  No.: 1019-0215/08/LGH

**Date:** 15th-February-2008

| Invoice To: | Delivery details: |
|---|---|
| **MARINCO MARINE LTD**<br>Leontiou A'258, Limassol 3020<br>PO BOX 56889, 3310 Cyprus | Unithai Drydocks, Thailand |
| | **Ship Name:** MV "TABERNACLE STAR" |
| **Our Ref. No.:** Or.Conf. 1529-0215/08 /Yr.Order dd 15.02 | **Sales Person:** Mr. Sarath Senaviratne |

| ITEM | DESCRIPTION | Q-TY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | **REPAIR OF PROPELLER** | | | |
| 1 | First installment for repair of propeller | 1.00 | USD 21,000.00 | USD 21,000.00 |

**Terms of delivery:** FOB Unithai Drydocks, Thailand (Incoterms 2000)

**Terms of payment:** by 19th-Feb-2008

**SAY:** USD Twenty One Thousand Only

| | |
|---|---|
| **SUBTOTAL** | **USD 21,000.00** |
| TAX RATE | USD 0.00 |
| PACKING / FREIGHT | USD 0.00 |
| DISCOUNT | USD 0.00 |
| **TOTAL** | **USD 21,000.00** |

SIGNED

---

*All bank charges including intermediary banks to be paid only from Remitter's account.*
*For overdue payment the interest rate of 15% per year for amount outstanding will be charged.*

| Bank Details: FBME Bank Limited, Nicosia, Cyprus | VAT No.: CY10098653Z<br>VAT Article 28 Simplified Invoice |
|---|---|
| **EURO Account:** | **USD Account:** |
| A/C No : 073012EUR-CACC-001-O-LIM<br>IBAN. CY401150100207301 2EURCACC001<br>SWIFT Code: FBMECY2N<br>Correspondent Bank : ABN AMRO BANK<br>Amsterdam, Netherlands<br>SWIFT Code: ABNANL2A<br>Account No.: 52.27.66.013 | A/C No.: 073012USD-CACC-001-H-LIM<br>IBAN. CY811150100207301 2USDCACC001<br>SWIFT Code: FBMECY2N<br>Correspondent Bank : DEUTSCHE BANK TRUST COMPANY AMERICAS<br>New York, USA<br>SWIFT Code: BKTRUS33<br>Account No.: 04-053-863 |

# EXHIBIT 2

Unithai Shipyard, Laem Chabang Port, Thainland          March 01st, 2008

## ACCEPTANCE CERTIFICATE CARRIED OUT WORKS

We, undersigned, the service engineer of company "LOGALARD Holdings Ltd", Limassol, Cyprus, hereinafter referred to as the CONTRACTOR on the one part, and MARINGO MARINE Ltd, hereinafter referred to as the CUSTOMER, on the other part have drawn up this document, that in according to Order received from company MARINGO Marine Ltd, Limassol, Cyprus from 09th February 2008 till 01st March 2008, by the Contractor were carried out the following works:

1. Welding procedure was done and approved by BV and NKK surveyors
2. Repair of propeller's blades with replacement of new tips
   by dimensions about 680x1120x680mm on blades No 1 and No 2
   (weight of each tips is abt 500kg)7                              2pcs
3. Repair of propeller's blades No 3 by welding by dimensions:
   - 50x30mm-                                                       1place
   - through hole dia. 20mm                                         1 place
   -through thickness crack L=180mm
   -corrosion wear edge of blade L= 1200mm B=50mm                   1place
4. Repair of propeller's blade No 4 by welding:
   -corrosion wear edge of blade L= 1000mm B=20mm                   1place
   -through thickness crack L=50mm                                  1place
   -corrosion wear on total surface                                 S=1sq.m

The above works were carried by the Contractor and have been accepted by the Customer and surveyor NKK

For the Customer                                    For the Contractor



Vladimir Loboda

Capt. Cả eserire Giurgea

# EXHIBIT 3

## Janna Fabrikova

| | |
|---|---|
| **From:** | Logalard Holdings Ltd [logalard@cyprusinbox.com] |
| **Sent:** | 10 April 2008 09:51 |
| **Cc:** | Marinco; Stefanos |
| **Subject:** | Re: mv Tabernacle Star - propeller wors |

**Attachments:** Marinco1031.pdf



Marinco1031.pdf
(622 KB)
            LAST  REMINDER!

Dear  Sirs,

In  spite  of  sent  to  company  MARINCO  several  reminders  (on
14.03,  18.03,  24.03  and  26.03)  we  have  not  received  agreed
payment  in  accordance  attached  invoice  and  even  did  not
receive  any  written    reply  or  email  about  payment  delay.

In  this  connection,  we  have  to  inform  you  that  we  cannot  tolerate  further
delay  in  payment  and  if  the  payment  will  be  not  received  *by  15th  April
2008*,  we  have  to  ask  our  lawyers  to  handle  collection.

LOGALARD  Holdings  Ltd.

Fabrikov  Sergiy
Managing  Director

Logalard Holdings Ltd пишет:
> Sarath,  gd  morning!
>
> I  have  to  remind  you  that  today   is  ALREADY  ONE  MONTH  when
> we  finished  repair  works  for  propeller  in  accordance  received
> order  from  you.
>
> Your  failure  to  keep  up with  payment  is  contradictory  to  agreed
> our  business  terms.  I  have  to  draw  your attention  to  the
> probable   consequesnces  of  your  delay  with  payment  and  further
> legal  actions  what  I  will  have  to  arrange  if  the  payment
> will  be  not  received  during  by  09th  April  2008.
>
> Awaiting
>
> LOGALARD  Holdings  Ltd
>
> Fabrikov  Sergiy
> Managing  Director
> Logalard Holdings Ltd пишет:
>> URGENT  REMINDER!!!
>>
>> Logalard Holdings Ltd пишет:
>>> URGENT!
>>>
>>> MARINCO MARINE
>>>
>>> Att.  Mr. Sarath Senavirathe,  technical  director
>>>
>>> Dear  Sirs,
>>>
>>> Your  delay  in  payment  is  already  two  weeks  and contradictory
>>> to  our  business  terms. We  have  to  draw  your  attention  to  the
>>> probable  consequences  of  your  delay  in  payment.
>>>
>>> We  request  to  arrange  payment  in  accordance  sent  out  invoice

1

```
>>> No. 1031-0304/08  soonest.
>>>
>>> Awaiting  yours
>>>
>>> LOGALARD  Holdings  Ltd.
>>>
>>> Fabrikov  Sergiy
>>> Managing  Director
>>>
>>
>>
>
>
```

2

 **LOGALARD**
LOGALARD HOLDINGS LTD



FORTUNA COURT • 284 MAKARIOS III AVENUE  
CY 3105 • LIMASSOL • CYPRUS

TEL +357 (25) 763677 • FAX +357 (25) 879148  
E MAIL LOGALARD@CYPRUSINBOX COM

| In    No.: 1031-0304/08/LGH | Date: 04 March-2008 |
|---|---|
| **Invoice To:**<br><br>**MARINCO MARINE LTD**<br>Leontiou A'258, Limassol 3020<br>PO BOX 56889, 3310 Cyprus | **Delivery details:**<br><br>Unithai Drydocks, Thailand |
| | **Ship Name:** MV "TABERNACLE STAR" |
| **Our Ref. No.:**    Ord Conf. 1529-0215/08 /Yr Order dd 15 02 | **Sales Person:** Mr Sarath Senaviratne |

| ITEM | DESCRIPTION | Q-TY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | **REPAIR OF PROPELLER AT UNITHAI DRYDOCKS 09.02.2008-02.03.2008** | | | |
| 1 | Final balance for repair of propeller | 1.00 | USD 21,000 00 | USD 21,000 00 |
| 2 | Tickets ODS-IST-BKK | 2.00 | USD 1,525 00 | USD 3,050 00 |
| 3 | Tickets BKK-DXB-IST-ODS | 2.00 | USD 1,948 00 | USD 3,896,00 |
| 4 | Hotel Expenses | 1 00 | USD 2,644 00 | USD 2,644 00 |
| 5 | Daily allowance / 2 pers (08 02 08-03 03 08) | 24 00 | USD 120 00 | USD 2,880 00 |
| 6 | Visa expenses and extensions | 1 00 | USD 181 50 | USD 181 50 |

| | |
|---|---|
| **SUBTOTAL** | USD 33,651.50 |
| TAX RATE | USD 0 00 |
| PACKING / FREIGHT | USD 0 00 |
| DISCOUNT | USD 0 00 |
| ,OTAL | |

**Terms of delivery:** FOB Unithai Drydocks, Thailand (Incoterms 2000)

**Terms of payment:** one week from date of invoice, by 11-Mar-2008

**SAY:**  
USD Thirty Three Thousand Six Hundred and Fifty One, 50 Cents

*All bank charges including intermediary banks to be paid only from Remitter's account.*  
*For overdue payment the interest rate of 15% per year for amount outstanding will be charged*

**Bank Details:** FBME Bank Limited,  
Nicosia, Cyprus

**VAT No.:** CY100986532  
**VAT Article 28 Simplified invoice**

**EURO Account:**

A/C No  073012EUR CACC 001 O-LIM  
IBAN  CY4011501002073012EURCACC001  
SWIFT Code  FBMECY2N  
*Correspondent Bank*  ABN AMRO BANK  
Amsterdam  Netherlands  
SWIFT Code  ABNANL2A  
Account No · 52 27 66 013

**USD Account:**

A/C No · 073012USD CACC 001-H-LIM  
IBAN  CY8111501002073012USDCACC001  
SWIFT Code  FBMECY2N  
*Correspondent Bank*  DEUTSCHE BANK TRUST COMPANY AMERICAS  
New York, USA  
SWIFT Code  BKTRUS33  
Account No : 04-053-863

# EXHIBIT 4



February 26, 2008

From :    Ocean Ship Management (Pte) Ltd.
         Colombo Liaison office.
         7/1, Liberty plaza Complex.
         Colombo 3, Sri Lanka.
         Mr. Janak Samaraweera (Engineer Superintendent)

To   :    Unithai Shipyard and Engineering Ltd.
         Mr. Nachaput Thanusuchatraman

## LETTER OF INDEMNITY

We the Owner and Master of "M.V. Tabernacle Star" presently dry docking & repair
in Unithai Shipyard and Engineering Ltd.

Propeller repair work. the Owner's arranged specialists repair team include welders
and supervisor. Yards' only provide labor supply to assist Owner's.

For the above circumstance, Unithai Shipyard and Engineering Ltd. will be free from
any obligation for any loss or damages arising after job complete and vessel's
departure from the yard and in the future.

Yours faithfully,
For and behalf of
Ocean Ship Management (Pte) Ltd.

                                                         27.02.2008

                                                    /FABRITOV S/

Authorized Owner Representative        MANAGING DIRECTOR
                                       LOGALARD    HOLDINGS LTD

        IS GUARANTEED PROPER QUALITY
        WELDING WORKS CARRIED OUT
        DURING PROPELLER REPAIR
        DURING 6 (SIX) MONTHS AFTER
        DATE OF RE DELIVERY VESSEL
        FROM SHIPYARD UNITHAI

Unithai Shipyard and Engineering Limited