08 CIV 6467

Michael J. Frevola
Christopher. R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
LOGALARD HOLDINGS LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LOGALARD HOLDINGS LTD., | |
|---|---|
| Plaintiff, | 08 Civ. _____ |
| -against- | **CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| MARINCO MARINE LTD., on its own behalf and on behalf of TOKYO CEMENT CO (LANKA) LTD. and OCEAN SHIP MANAGEMENT PTE LTD., | |
| Defendants. | |



I, Lissa D. Schaupp, attorney for Plaintiff Logalard Holdings Ltd. ("Logalard"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Logalard is not a publicly traded company and no publicly-traded company owns its shares.

Dated:   New York, New York
             July 18, 2008

                          HOLLAND & KNIGHT LLP

                          By: _____
                              Michael J. Frevola
                              Christopher R. Nolan
                              Lissa D. Schaupp
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:   (212) 513-3200
                              Fax:  (212) 385-9010

                          *Attorney for Plaintiff*
                          *Logalard Holdings Ltd.*

\# 5471980_v1