JUDGE DANIELS

08 CIV 6467

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
LOGALARD HOLDINGS LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGALARD HOLDINGS LTD., <br><br> Plaintiff, <br><br> -against- <br><br> MARINCO MARINE LTD., on its own behalf and on behalf of <br> TOKYO CEMENT CO (LANKA) LTD. and <br> OCEAN SHIP MANAGEMENT PTE LTD., <br><br> Defendants. | 08 Civ. _____ <br><br> **AFFIDAVIT IN SUPPORT <br> OF REQUEST FOR AN <br> ORDER APPOINTING <br> PERSONS TO <br> <u>SERVE PROCESS</u>** |

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Lissa D. Schaupp, being duly sworn, deposes and says:

1. I am associated with the firm of Holland & Knight LLP, attorneys for plaintiff Logalard Holdings Ltd. ("Plaintiff" or "Logalard"), and I am duly admitted to practice before the

United States District Court for the Southern District of New York. I am fully familiar with all the facts in the above case.

2. This affidavit is made in support of Plaintiff's application for an Order to appoint Elvin Ramos and/or Rudy D. Green and/or Jerome Wills and/or Willis Vargas and/or Rapid and Reliable Attorney Service, individuals or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees.

3. The granting of this request will result in a material savings in process and travel expenses.

**WHEREFORE**, it is respectfully requested that the Order be granted appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, a person from Rapid and Reliable Attorney Service, or any one of them to serve process in this matter upon the above named defendant and the garnishees.

_____
Lissa D. Schaupp

Sworn to before me this
18th day of July, 2008

_____
Notary Public

WALLIS BETH KARPF
Notary Public, State Of New York
No. 01KA6047092
Qualified In New York County
Commission Expires August 28, 20 10

# 5472154_v1

2