CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOGALARD HOLDINGS LTD.,

       Plaintiff,    :  08-CV-6467

    v.         :  **NOTICE OF APPEARANCE**

MARINCO MARINE LTD., on its own behalf and
on behalf of TOKYO CEMENT CO (LANKA)
LTD. and OCEAN SHIP MANAGEMENT PTE
LTD.,

       Defendants.
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
   August 18, 2008

              CLARK, ATCHESON & REISERT
              Attorneys for Garnishee
              Societe Generale New York Branch

      By: */s/ Richard J. Reisert*
              Richard J. Reisert (RR-7118)
              7800 River Road
              North Bergen, NJ 07047
              Tel: (201) 537-1200
              Fax: (201) 537-1201
              Email: reisert@navlaw.com