

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
LOGALARD HOLDINGS LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOGALARD HOLDINGS LTD.,

    Plaintiff,

-against-

MARINCO MARINE LTD., on its own behalf and on behalf of
TOKYO CEMENT CO (LANKA) LTD. and
OCEAN SHIP MANAGEMENT PTE LTD.,

    Defendants.

08 Civ. 6467 (GBD)

ORDER OF DISMISSAL
AND DIRECTING RELEASE
OF ATTACHED FUNDS

---

UPON reviewing Plaintiff's request for an order dismissing this matter and releasing funds attached in connection with this matter as a result of Plaintiff's claims having been settled;

NOW, upon motion of Holland & Knight LLP, attorneys for Plaintiff, it is hereby

ORDERED that this matter is dismissed with prejudice; and; and it is further

**ORDERED** that all electronic funds transfers currently under attachment with garnishees pursuant to process of maritime attachment and garnishment issued in this matter is to be released and wired in accordance with the original wiring instructions accompanying those electronic funds transfers; and it is further

**ORDERED** that this Order likewise shall apply to all further funds frozen by garnishees pursuant to process of maritime attachment and garnishment issued in this matter and release of such funds is directed without Plaintiff having to apply for a supplemental order. All such frozen amounts shall be transferred in accordance with the original wire instructions.

Dated: New York, New York
      August ___, 2008

AUG 2 1 2008

SO ORDERED

_George B. Daniels_
U.S.D.J.
**HON. GEORGE B. DANIELS**

# 5555670_v1

2